# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140627-8 (41)

COUNTY ROAD ASSOCIATION OF
MICHIGAN and CHIPPEWA COUNTY
ROAD COMMISSION,
    Plaintiffs-Appellants,

and

MICHIGAN PUBLIC TRANSIT
ASSOCIATION, ANN ARBOR
TRANSPORTATION AUTHORITY,
CAPITAL AREA TRANSPORTATION
AUTHORITY, and SUBURBAN MOBILITY
AUTHORITY FOR REGIONAL
TRANSPORTATION,
    Intervening Plaintiffs-Appellees,

v

GOVERNOR OF THE STATE OF MICHIGAN,
DIRECTOR OF THE MICHIGAN
DEPARTMENT OF TRANSPORTATION,
MICHIGAN DEPARTMENT OF
TRANSPORTATION, DIRECTOR OF THE
MICHIGAN DEPARTMENT OF MANAGEMENT
AND BUDGET, DEPARTMENT OF
MANAGEMENT AND BUDGET, STATE
BUDGET DIRECTOR, STATE TREASURER,
MICHIGAN DEPARTMENT OF TREASURY,
SECRETARY OF STATE, and STATE OF
MICHIGAN,
    Defendants-Appellees.

SC: 140627-8
COA: 288653; 288691
Ingham CC: 02-000308-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's September 29, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, C.J., and CAVANAGH, J., would grant reconsideration.

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2010

_____
Clerk

p1228